IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **BERTHA SALINAS**<br>        **Plaintiff,**<br>**v.**<br><br>**STATE FARM LLOYDS**<br>        **Defendant** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. _____** |

## DEFENDANT STATE FARM LLOYDS' NOTICE OF REMOVAL

NOW COMES Defendant **STATE FARM LLOYDS, ("State Farm"),** files this Notice of Removal.

### I.
### PROCEDURAL BACKGROUND

1. This lawsuit concerns State Farm's alleged mishandling of an insurance claim for damages to a residential property on or about July 26, 2020. Bertha Salinas (also referenced in Plaintiff's Original Petition as Betha Salinas) is the sole named insured on the relevant insurance policy. On July 18, 2023, Plaintiff filed an original petition in the 430th District Court of Hidalgo County under cause number C-2846-23-J, asserting causes of action for breach of contract, bad faith, and prompt payment violations (the "State Court Action").

2. State Farm was served with process of the Original Petition, by certified mail, on July 24, 2023. State Farm timely filed its Original Answer on August 18, 2023.

3. State Farm timely files this Notice of Removal pursuant to 28 U.S.C. §1446 to remove the State Court Action from the 430th District Court of Hidalgo County, Texas, to the United States District Court for the Southern District of Texas, McAllen Division.

## II.
## NATURE OF THE SUIT

4. This lawsuit involves a dispute over alleged non-payment or underpayment of insurance benefits and the handling of Plaintiff's insurance claim. The Original Petition asserts causes of action against Defendant State Farm for breach of contract, violations of Chapters 541 and 542 of the Texas Insurance Code, fraud, and breach of the common law duty of good faith and fair dealing. *See* Plaintiff's Original Petition at ¶¶ 9-22. Plaintiff asserts State Farm acted knowingly and/or intentionally, and she seeks damages including actual damages, treble damages, punitive and exemplary damages, statutory interest, attorney's fees, and court costs. *See id.*

## III.
## BASIS FOR REMOVAL

5. The Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is and was complete diversity between all real parties in interest (Plaintiff and State Farm) and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### *Diversity of Citizenship*

6. At the time the Original Petition was filed, Plaintiff was and still is a resident and citizen of Texas. *See* Plaintiff's Original Petition at ¶ 2.

7. Defendant State Farm was at the time this action was commenced, and still is, a citizen of Illinois. State Farm is a "Lloyd's Plan" organized under chapter 941 of the Texas Insurance Code. It consists of an unincorporated association of underwriters who were at the time this action was commenced, and still are, all citizens and residents of Illinois, thereby making State Farm Lloyds a citizen of Illinois for diversity purposes. See *Royal Ins. Co. of Am. v. Quinn-L Capital Corp.*, 3 F.3d 877, 882-83 (5th Cir. 1993) (citizenship of unincorporated association determined by citizenship of members).

8. Therefore, there is complete diversity among the parties.

*Amount in Controversy*

9. The amount in controversy requirement "is met if it is apparent from the face of the petition that the claims are likely to exceed $75,000." *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002).

10. In her Original Petition, Plaintiff seeks damages of monetary relief more than $250,000 but less than $1,000,000. *Plaintiff's Original Petition* at ¶¶ 35. The amount in controversy requirement is therefore satisfied on the face of the pleading.

## IV.
## REMOVAL IS PROCEDURALLY CORRECT

11. This Notice of Removal is timely under 28 U.S.C. § 1446(b). State Farm was served with this lawsuit on July 24, 2023.

12. Venue is proper in this Division under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

13. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Court Action are attached herein to the Index of Matters Filed (Exhibits 1-A through 1-D).

14. Pursuant to 28 U.S.C. §1446(d), written notice of the filing of State Farm's Notice of Removal was promptly given to all parties and to the clerk of the 430th District Court of Hidalgo County, Texas.

15. All documents required by Local Rule 81 to be filed with this Notice of Removal are attached herein to the Index of Matters Filed (Exhibit 1).

## V.
## PRAYER

State Farm Lloyds respectfully requests that the State Court Action be removed and placed on this Court's docket for further proceedings. State Farm Lloyds also requests any additional relief to which it may be justly entitled.

Respectfully submitted,

By: /s/ *Elizabeth Sandoval Cantu*
Elizabeth Sandoval Cantu
Fed. ID No. 310028/State Bar No. 24013455
ecantu@ramonworthington.com
**RAMÓN WORTHINGTON**
**NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
Phone: (956) 294-4800
Facsimile: 956-928-9564
**Electronic Service to:**
efile@ramonworthington.com
A<small>TTORNEY IN</small> C<small>HARGE FOR</small> D<small>EFENDANT</small>

**Of Counsel:**
Sofia A. Ramón
Fed. ID No. 20871/State Bar No. 00784811
Stephen W. Bosky
Fed. ID No. 3076205/State Bar No. 24087190
**RAMÓN WORTHINGTON**
**NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
(956) 294-4800
(956) 928-9564 – Fax
**Electronic Service to:**
efile@ramonworthington.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 24th day of August 2023, a true and correct copy of the foregoing document was sent via electronic filing to the following:

 Larry W. Lawrence, Jr.
 Michael Lawrence
 Lawrencefirm@gmail.com
 Celeste Guerra
 Celesteguerralaw2017@gmail.com
 Lory Pawlak
 Lory.lawrencefirm@gmail.com
 LAWRENCE LAW FIRM
 3112 Windsor Rd., Ste. A234
 Austin, TX 78703
 T: (956) 994-0057
 F: (800) 507-4152
 **ATTORNEYS FOR PLAINTIFF**

              */s/ Elizabeth Sandoval Cantu*
              Elizabeth Sandoval Cantu