United States District Court
Southern District of Texas
**ENTERED**
July 19, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| Bertha Salinas,<br>   *Plaintiff,*<br><br>v.<br><br>State Farm Lloyds,<br>   *Defendant.* | § § § § § § § § |

Civil Action M-23-283

## FINAL JUDGMENT

Having dismissed all of Plaintiff's claims with prejudice, it is **ORDERED** that Plaintiff Bertha Salinas shall take nothing from Defendant State Farm Lloyds.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas on July 18, 2024.

_____
Peter Bray
United States Magistrate Judge